UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY CUELLO,

                              Plaintiff,

                -v-

TARGET CORPORATION,

                              Defendant.

22 Civ. 2013 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At today's case management conference, the Court set the following schedule:

1.  The parties' joint stipulated facts ("JSF") are due March 6, 2023.

2.  Defendant's brief in support of summary judgment is due March 13, 2023.

3.  Plaintiff's brief in opposition to defendant's motion is due April 11, 2023.

4.  Defendant's reply brief in support of its motion for summary judgment is due April 25, 2023.

After resolution of defendant's motion for summary judgment, and if that motion is denied, in the event that the plaintiff wishes to add damages specifications to the complaint, the plaintiff will be permitted to do so, and the Court will permit discovery to be reopened limited to damages.

SO ORDERED.

                                        _____
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: February 10, 2023
        New York, New York