UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STACEY CUELLO,

                                 Plaintiff,                22 Civ. 2013 (PAE)

                -v-

                                                              ORDER

TARGET CORPORATION,

                                Defendant.

---

PAUL A. ENGELMAYER, District Judge:

       The Court thanks counsel for their prompt replies to the Court's informal request as to their availability for trial.  Trial in this case will commence on **January 29, 2024**.  A final pretrial conference is hereby scheduled for **January 23, 2024, at 10:30 a.m.**, to be held in person at the Thurgood Marshall United States Courthouse in Courtroom 1305.  The parties' joint pretrial order and any motions *in limine* remain due **January 4, 2024**, with replies due **January 11, 2024**.

       SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: December 8, 2023
           New York, New York