UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STACEY CUELLO,

                              Plaintiff,

         -v-

TARGET CORPORATION,

                              Defendant.

22 Civ. 2013 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

       Per the Court's earlier email correspondence with counsel, the Court schedules an in-person conference for **January 19, 2024, at 9:30 a.m.** The conference will take place in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

       SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: January 5, 2024
         New York, New York