UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACEY CUELLO,<br><br>                    Plaintiff,<br><br>-against-<br><br>TARGET CORPORATION,<br><br>                    Defendant. | Docket No.: 22-cv-2013 (PAE)<br><br>**STIPULATED ORDER<br>OF DISMISSAL** |

The Plaintiff, STACEY CUELLO, pursuant to Federal Rule of Civil Procedure 41, hereby voluntarily dismisses the action against Defendant, Target Corporation with prejudice.

~~XXXXXXXXXXXXXXXXXXXXXXX~~

| | |
|---|---|
| **ROBERT A. HYAMS, ESQ.** | **CONNELL FOLEY LLP** |
| By: _/s/ Marc D. Citrin_ | By: _/s/ Michael Crowley_ |
| MARC D. CITRIN, ESQ.<br>MARC GERTLER, ESQ.<br>*Attorneys for Plaintiff*<br>**STACEY CUELLO**<br>295 Madison Avenue, Suite 1600<br>New York, NY 10017<br>(212) 867-7947 | MICHAEL CROWLEY, ESQ.<br>MICHAEL BOJBASA, ESQ.<br>*Attorneys for Defendant*<br>**TARGET CORPORATION**<br>875 Third Avenue, 21st Floor<br>New York, New York 10022<br>(212) 307-3700 |

**SO ORDERED**

_/s/ Paul A. Engelmayer_

Dated: February 15, 2024
       New York, New York     **Hon. Paul A. Engelmayer**

7462051-1